

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-15-00087-CV

**ESTATE OF SHIRLEY L. BENSON**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Appellant has filed a motion to expedite this accelerated appeal, asking the court to further accelerate the briefing deadlines and to set oral argument seven days after appellee's brief is filed.

We **deny** the motion. However, the parties are advised that the court will look unfavorably on any motion for extension of time to file the briefs. Any such motion must provide evidence of extraordinary circumstances justifying the extension.

We **order** the court reporter and the trial court clerk to file the record by the March 2, 2015, due date. If there are circumstances that will preclude the timely filing of the record, the trial court clerk and court reporter are **ordered** to file a notification of late record before March 2, explaining such circumstances and stating when the record will be complete.

The panel assigned to author the opinion in this appeal will determine whether oral argument will be heard and, if so, will set a date for oral argument after the appellee's brief has been filed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2015.



Keith E. Hottle
Clerk of Court